IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TABITHA OWENS and CHAD WALTERS, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 16-CV-1109-NJR-SCW |
| GLH CAPITAL ENTERPRISE, INC., M.L.K. ENTERPRISES, LLC, BACK STREET ENTERTAINMENT, ,LTD., and CHARLES "JERRY" WESTLUND, JR., and individual, ) ) ) ) ) ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Settlement Approval and Dismissal Order (Doc. 73), this case is **DISMISSED with prejudice.**

DATED:  March 9, 2018

JUSTINE FLANAGAN, Acting Clerk

By: s/Deana Brinkley
    Deputy Clerk


APPROVED: s/ Nancy J. Rosenstengel
          NANCY J. ROSENSTENGEL
          United States District Judge